1
2
3
4
5
6
7

8                      **UNITED STATES DISTRICT COURT**

9                            **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  THOMAS CASS, an individual, | Case Number: |
| 11                    Plaintiff, | 2:22-cv-00945-ART-VCF |
| 12       vs. | |
| 13  TRANSWORLD SYSTEMS INC., a Foreign Corporation, | **ORDER APPROVING** |
| 14 | STIPULATION OF DISMISSAL OF DEFENDANT TRANSWORLD |
| 15                    Defendant. | SYSTEMS INC. WITH PREJUDICE |

16        IT IS HEREBY STIPULATED by and between Plaintiff, Thomas Cass ("Plaintiff") and

17  Defendant, Transworld Systems Inc. ("Defendant"), by and through their respective attorneys of

18
19
20
21
22
23
24

record, that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 8th day of November, 2022.                    Dated this 8th day of November, 2022.

COGBURN LAW                                               LINCOLN, GUSTAFSON & CERCOS, LLP

By: */s/Erik W. Fox*                                      By: */s/Shannon G. Splaine*
    Jamie S. Cogburn, Esq.                              Shannon G. Splaine, Esq.
    Nevada Bar No. 8409                                  Nevada Bar No. 8241
    Erik W. Fox, Esq.                                    3960 Howard Hughes Parkway, Suite 200
    Nevada Bar No. 8804                                  Las Vegas, NV 89169
    2580 St. Rose Parkway, Suite 330
    Henderson, NV 89074                                  SESSIONS, ISRAEL & SHARTLE, L.L.P.
    *Attorneys for Plaintiff*                            James K. Schultz, Esq.
                                                         Nevada Bar No. 10219
                                                         1550 Hotel Circle North, Suite 260
                                                         San Diego, CA 92108
                                                         *Attorneys for Transworld Systems Inc.*

**IT IS SO ORDERED.**

_____
Anne R. Traum
UNITED STATES DISTRICT JUDGE

          November 9, 2022
_____
DATE